

**NUMBER 13-18-00275-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **LAW OFFICE OF THOMAS J. HENRY,** | **Appellant,** |

**v.**

| | |
|---|---|
| **PRISCILLA ANN GARCIA,** | **Appellee.** |

## On appeal from the County Court at Law No. 3 of Nueces County, Texas.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Hinojosa**
**Order Per Curiam**

The District Clerk is ORDERED to forward Defendant's Exhibit 3, admitted by the trial court "under seal," to the Clerk of this Court within three business days of the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
4th day of January, 2019.